**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **BLAYNE DAVIS,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:13-cv-1704-O |
| **DAN C. GUTHRIE, JR.,** | § § § | |
| Defendant. | § § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Defendant's motion to dismiss under 12(b)(1) for lack of subject matter jurisdiction is **GRANTED** and this case is **DISMISSED without prejudice**.

**SO ORDERED** on this **6th day** of **January, 2014.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**